# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv181

| | |
|---|---|
| DIANE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion to remand this matter to the Social Security Administration for consideration of additional evidence pursuant to 42 U.S.C. §405(g).

In the motion to remand, filed October 22, 2007, Plaintiff's counsel advises that he consulted with the Defendant's attorney who had not had an opportunity to consult with her client about remanding the matter. The Defendant has not filed response to the motion and it appears that there may be agreement that the matter should be remanded.

**IT IS, THEREFORE, ORDERED** that the Defendant shall advise the Court on or before Wednesday, December 5, 2007 whether he agrees that this matter should be remanded.

Signed: November 30, 2007

Martin Reidinger
United States District Judge