# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:07cv181

| | |
|---|---|
| DIANE WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social )<br>Security, )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's response to the Court's Order of November 30, 2007.

The Court finds that the Defendant should file response to the Plaintiff's motion to remand prior to filing a response to the motion for summary judgment. In fact, the Plaintiff only filed a placeholder motion for summary judgment in order to technically comply with the scheduling order. As a result, the Court will enter a new scheduling order.

**IT IS, THEREFORE, ORDERED** that the Defendant shall file response to the motion to remand on or before December 21, 2007.

**IT IS FURTHER ORDERED** that in the event the Court denies the motion to remand, the Plaintiff shall a brief in support of the motion for summary judgment not to exceed twenty-five (25) double-spaced pages in size 14 font on or before thirty (30) days from entry of any such order.

**IT IS FURTHER ORDERED** that in the event the Plaintiff files a brief in support of the motion for summary judgment, the Defendant's responsive brief, conforming to the same style requirements, shall be filed on or before thirty (30) days after the Plaintiff's brief is filed.

Signed: December 10, 2007

Martin Reidinger
United States District Judge