# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Diane Williams,

       Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:07-CV-181

Michael J. Astrue,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/23/2008 Order.


       Signed: January 24, 2008

       Frank G. Johns, Clerk
       United States District Court